UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID WILLIAMS,

                Petitioner,                Case Number 10-12528
                                                      Honorable Lawrence P. Zatkoff
v.

CINDI CURTIN,

                Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Lawrence P. Zatkoff, a United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on January 17, 2013,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that a Certificate of Appealability and permission to proceed on appeal *in forma pauperis* is **DENIED**.

IT IS SO ORDERED.

                                                          S/Lawrence P. Zatkoff
                                                          Honorable Lawrence P. Zatkoff
                                                          United States District Judge

**Dated: January 17, 2013**